# UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALLORY CAVADA, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTER-CONTINENTAL HOTELS GROUP, INC.; IHG MANAGEMENT MARYLAND LLC, a Limited Liability Company; INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., a Corporation; INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Limited Liability Company,<br><br>Defendants. | Case No. **3:19-cv-01675-GPC-AHG**<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANT TO FRCP RULE 41**<br><br>Date Action Filed: July 29, 2019 |

1  PURSUANT TO THE PARTIES' STIPULTION TO DISMISS ACTION
2  PURSUANT TO FRCP RULE 41, the Court Orders as follows: The action is
3  dismissed with prejudice pursuant to FRCP 41; and

**IT IS SO ORDERED**.

Dated: November 30, 2021

Hon. Gonzalo P. Curiel
United States District Judge